ACCEPTED
03-15-00528-CV
6701998
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 1:41:35 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00528-CV

# In the Third Court of Appeals
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 1:41:35 PM
JEFFREY D. KYLE
Clerk

**TEXAS EDUCATION AGENCY AND MICHAEL WILLIAMS, COMMISSIONER OF EDUCATION, IN HIS OFFICIAL CAPACITY,**

*Appellants*

v.

**ACADEMY OF CAREERS AND TECHNOLOGIES, INC. d/b/a ACADEMY OF CAREERS AND TECHNOLOGIES CHARTER SCHOOL,**

*Appellee*

ACCELERATED APPEAL FROM CAUSE NO. D-1-GN-15-002879
200TH JUDICIAL DISTRICT COURT OF TRAVIS COUNTY, TEXAS

## NOTICE OF APPEARANCE AS LEAD COUNSEL FOR APPELLEE

TO THE HONORABLE THIRD COURT OF APPEALS:

The undersigned appears and is hereby designated as lead appellate counsel for Appellee Academy of Careers and Technologies, Inc. d/b/a Academy of Careers and Technologies Charter School.

Please note this change in the Court's records. Appellee requests that all further notices, documents, and communications be directed to its lead counsel.

Respectfully submitted,

SMITH LAW GROUP LLLP
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746
(512) 439-3230
(512) 439-3232 (fax)

By: _/s/D. Todd Smith_____
     D. Todd Smith
     State Bar No. 00797451
     todd@appealsplus.com

*Lead Appellate Counsel for Appellee*

## CERTIFICATE OF SERVICE

On August 28, 2015, in compliance with Texas Rule of Appellate Procedure

9.5, I served this document by e-service, e-mail, facsimile, or mail to:

Erika M. Laremont
erika.laremont@texasattorneygeneral.gov
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548

*Counsel for Appellant*

     _/s/ D. Todd Smith_____
     D. Todd Smith

2